**Fill in this information to identify the case:**

Debtor name **Heating & Plumbing Engineers, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) **19-16183**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 **ZB, N.A. d/b/a Vectra Bank** | | **$4,875,911.32** | **$12,919,649.63** |

Creditor's Name

**1700 Pearl St.
Boulder, CO 80302**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**3/23/18**

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**

**Substantially all of the Debtor's assets including Accounts, Receivables, Equipment, and Intangibles; Does not include assets subjects to the trust fund statute pursuant to C.R.S. 38-22-127**

**Describe the lien**

**Secured Line of Credit**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$4,875,911.32**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Heating & Plumbing Engineers, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  **19-16183**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**1375 Sherman Street, Room 511**<br>**Denver, CO 80261** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$231,663.91** | **$231,663.91** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Wage Withholding Taxes; Sales Taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,500,000.00** | **$1,500,000.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Wage Withholding Taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,005,801.13** | **Unknown** |
|---|---|---|---|---|

**Sheet Metal Workers
Local No. 9 Benefit Funds
P.O. Box 11040
Denver, CO 80211-0040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Contributions to Union Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$130,484.61** | **Unknown** |
|---|---|---|---|---|

**Sheet Metal Workers'
National Pension Fund
8403 Arlington Blvd, Suite 300
Fairfax, VA 22031-4601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Contribution to National Benefit Funds**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,149.00** |
|---|---|---|---|

**407 W. Fillmore Place, LLC
407 W. Fillmore Place
Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00** |
|---|---|---|---|

**711 Vallejo LLC
407 W. Fillmore Place
Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$259.00** |
|---|---|---|---|

**AC Systems
115 Sinclair Road
Bristol, PA 19007-1522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Heating & Plumbing Engineers, Inc.**          Case number (if known)   **19-16183**
_____
Name

| | |
|---|---|
| **3.4** | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $933.17 |
|---|---|---|
| **Acme Fire & Safety Equipment**<br>**1419 South Wahsatch Avenue**<br>**Colorado Springs, CO 80905** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.5** | |
|---|---|

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.79 |
|---|---|---|
| **ADP Screening and Select**<br>**P.O. Box 645177**<br>**Cincinnati, OH 45264-5177** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.6** | |
|---|---|

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,541.87 |
|---|---|---|
| **Ahern Rentals, Inc.**<br>**Accounts Receivable**<br>**P.O. Box 271390**<br>**Las Vegas, NV 89127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.7** | |
|---|---|

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,633.07 |
|---|---|---|
| **Air Filter Solutions**<br>**ATTN: Accounts Payable**<br>**2500 West 8th Avenue**<br>**Denver, CO 80204-3733** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.8** | |
|---|---|

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164,714.00 |
|---|---|---|
| **Air Purification**<br>**1861 West 64th Lane**<br>**Denver, CO 80221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.9** | |
|---|---|

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,685.00 |
|---|---|---|
| **Air-Right**<br>**747 Sheridan Blvd.**<br>**Unit 8B**<br>**Lakewood, CO 80214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.10** | |
|---|---|

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.85 |
|---|---|---|
| **Airgas USA, LLC**<br>**P.O. Box 676015**<br>**ATTN: Tony**<br>**Dallas, TX 75267-6015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | 19-16183 |
|---|---|---|---|
| | Name | | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,962.44 |
|---|---|---|---|

**All Copy Products**
P.O. Box 660831
ATTN: Aaron
Dallas, TX 75266-0831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,070.00 |
|---|---|---|---|

**Allcable**
P.O. Box 21376
Denver, CO 80221-0376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,593.00 |
|---|---|---|---|

**Anytime Mechanical, LLC**
9070 Marshall Court
Westminster, CO 80031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,525.00 |
|---|---|---|---|

**Aqua Chem**
P.O. Box 237
Morrison, CO 80465-0237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,274.89 |
|---|---|---|---|

**Atlas Copco Compressors**
Dept. CH 19511
Palatine, IL 60055-9511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,390.23 |
|---|---|---|---|

**Auto Truck Group**
2425 E Platte Place
Colorado Springs, CO 80909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,430.00 |
|---|---|---|---|

**Barnes Concrete**
P O BOX 10008
Colorado Springs, CO 80932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.34** |
|---|---|---|---|

**Bay Insulation Supply**
**P.O. Box 9229**
**Green Bay, WI 54308-9229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$423.72** |
|---|---|---|---|

**Bensinger, Dupont & Associates**
**134 North LaSalle Street**
**Suite 2200**
**ATTN: Onita Circu**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,884.88** |
|---|---|---|---|

**Berg Hill Greenleaf**
**1712 Pearl Street**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Berwick Electric Co.**
**P.O. Box 7286**
**ATTN: Susie**
**Colorado Springs, CO 80933-7286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280.75** |
|---|---|---|---|

**Best Wst Disposal**
**P O BOX 1201**
**Colorado Springs, CO 80901-1207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.61** |
|---|---|---|---|

**Bill's Tool Rental**
**P.O. Box 273**
**Colorado Springs, CO 80901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$631.36** |
|---|---|---|---|

**Blazer Electric Supply**
**P.O. Box 636**
**Pueblo, CO 81002-0636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $433.79 |
|---|---|---|---|

**Blueprints Incorporated**
**319 South Nevada Avenue**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,373.17 |
|---|---|---|---|

**Bob's Electrical Motor Service**
**1221 South Bannock Street**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,133.50 |
|---|---|---|---|

**Bravo Screen Printing**
**806 NICHOLS BOULEVARD**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,409.70 |
|---|---|---|---|

**C&D Insulation, Inc.**
**333 Perry Street**
**Suite 210**
**Castle Rock, CO 80104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,380.00 |
|---|---|---|---|

**C&I Mechanical, LLC**
**9070 Marshall Court**
**ATTN: Bert D. Blanchard**
**Westminster, CO 80031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,241.28 |
|---|---|---|---|

**Camfil Farr**
**3302 Solutions Center**
**Chicago, IL 60677-3003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,520.96 |
|---|---|---|---|

**Captive - Aire Systems IN**
**P O BOX 60270**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Heating & Plumbing Engineers, Inc.**                    Case number (if known)   **19-16183**
_____
Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303,626.71 |
|---|---|---|---|

**Carrier West**
**P.O. Box 847889**
**Dallas, TX 75284-7889**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,223.32 |
|---|---|---|---|

**CB Insurance LLC**
**1 South Nevada Avenue, Suite 105**
**Colorado Springs, CO 80903**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,302.69 |
|---|---|---|---|

**CD Jones - Denver**
**Colorado Receivables**
**P.O. Box 2074**
**Shawnee, KS 66201-2074**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,099.18 |
|---|---|---|---|

**CED, Inc.**
**P.O. Box 913120**
**Denver, CO 80291-3120**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,084.38 |
|---|---|---|---|

**Centennial Controls, Inc.**
**10180 Hampden Avenue**
**Lakewood, CO 80227**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $886.78 |
|---|---|---|---|

**Century Link**
**P.O. Box 91155**
**Seattle, WA 98111-9255**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $426,862.91 |
|---|---|---|---|

**CFM Company**
**1440 South Lipan Street**
**Denver, CO 80223-3411**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Heating & Plumbing Engineers, Inc.**                    Case number (if known)   **19-16183**

Name

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,958.00 |
|---|---|---|---|

**CFM Supply Company**
**1440 South Lipan Street**
**Denver, CO 80223-3411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $232.80 |
|---|---|---|---|

**Chem-Aqua**
**23261 Network Place**
**Chicago, IL 60673-1232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.00 |
|---|---|---|---|

**Child Support Services**
**P.O. Box 45011**
**Salt Lake City, UT 84145-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,906.56 |
|---|---|---|---|

**Cigna**
**P.O. Box 13701**
**Philadelphia, PA 19101-3701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.06 |
|---|---|---|---|

**Cintas First Aid and Safety**
**P.O. Box 631025**
**Cincinnati, OH 45263-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363.23 |
|---|---|---|---|

**City and County of Denver / Waste**
**PO BOX 17827**
**Denver, CO 80217-0827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.89 |
|---|---|---|---|

**City Electric Supply**
**7318 South Revere Parkway**
**Suite B3**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Heating & Plumbing Engineers, Inc.**          Case number (if known)   **19-16183**
　　　　　　　　　Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Colorado Boiler**
P.O. Box 7569
Broomfield, CO 80021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.85 |
|---|---|---|---|

**Colorado Department of Revenue**
1375 Sherman Street
Denver, CO 80261-0004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.55 |
|---|---|---|---|

**Colorado Electric Motors**
316 Juanita Street
Colorado Springs, CO 80909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234,297.48 |
|---|---|---|---|

**Colorado Mechanical Insulation**
2090 West Bates Avenue
ATTN; Lisa Bennetts
Englewood, CO 80110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,733.68 |
|---|---|---|---|

**Comcast Corporation**
P.O. Box 37601
Philadelphia, PA 19101-0601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,917.31 |
|---|---|---|---|

**Comfort Air Distributing**
5757 East 42nd Avenue
Denver, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,560.84 |
|---|---|---|---|

**Concrete Coring**
P.O. Box 665
Westminster, CO 80036-0665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

Debtor **Heating & Plumbing Engineers, Inc.**
Name

Case number *(if known)*   **19-16183**

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.50** |
|---|---|---|---|
| | **Conserve a Watt** <br> **PO BOX 40279** <br> **Denver, CO 80204** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49.00** |
|---|---|---|---|
| | **Conspire** <br> **1495 Garden of the Gods Road, Suite 102** <br> **Colorado Springs, CO 80907** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270.33** |
|---|---|---|---|
| | **Contact One** <br> **88 Inverness Circle East** <br> **Suite M103** <br> **Englewood, CO 80112** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,855.20** |
|---|---|---|---|
| | **Contractors Supply** <br> **5515 West Warren Avenue** <br> **Denver, CO 80227** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|
| | **Control Solutions** <br> **2960 SOUTH FOX STREET** <br> **Englewood, CO 80110** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,762.00** |
|---|---|---|---|
| | **Copeland Enterprises** <br> **P.O. Box 9110** <br> **Denver, CO 80209-0110** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,205.85** |
|---|---|---|---|
| | **Copper State Bolt & Nut** <br> **P.O. Box 29650** <br> **Dept. 880220** <br> **Phoenix, AZ 85038-9650** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |
|---|---|---|---|
| | Name | | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.99 |
|---|---|---|---|

**CPI Automation and Control**
P.O. Box 16104
**Denver, CO 80216**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.84 |
|---|---|---|---|

**Culligan of Denver**
**4300 South Windermere Street**
**ATTN: Denise**
**Englewood, CO 80110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.68 |
|---|---|---|---|

**Culligan-3465 Astrozon**
**3465 Astrozon Court**
**Colorado Springs, CO 80910**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198,010.00 |
|---|---|---|---|

**Daikin Applied**
**24827 Network Place**
**Chicago, IL 60673**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.97 |
|---|---|---|---|

**Dana Kepner Co.**
**P.O. Box 710281**
**Denver, CO 80271-0281**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,382.70 |
|---|---|---|---|

**Denver Industrial Pumps**
**15165 West 44th Avenue**
**Golden, CO 80403**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.04 |
|---|---|---|---|

**Denver Water**
**P O BOX 173343**
**Denver, CO 80217-3343**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |
|---|---|---|---|
| | Name | | |

---

**3.67** | Nonpriority creditor's name and mailing address
**Denver Winnelson Company**
**2300 W. SECOND AVE**
**Denver, CO 80223-1018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$166.60**

---

**3.68** | Nonpriority creditor's name and mailing address
**Division One, LLC**
**ATTN: Mike Gundrum**
**3054 West Kiowa Street**
**Colorado Springs, CO 80904**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$9,506.25**

---

**3.69** | Nonpriority creditor's name and mailing address
**Docu Mart Copies & Print**
**723 East Fillmore**
**Colorado Springs, CO 80907**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,012.98**

---

**3.70** | Nonpriority creditor's name and mailing address
**Ductworks, Inc.**
**5535 W 56th Ave, Suite 100**
**Arvada, CO 80002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$985.00**

---

**3.71** | Nonpriority creditor's name and mailing address
**Duffy Crane and Hauling**
**10180 Brighton Road**
**ATTN: Ron Jung**
**Henderson, CO 80640**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$9,217.43**

---

**3.72** | Nonpriority creditor's name and mailing address
**Dun Right Balancing**
**17050 Goshawk Road West**
**ATTN: Eric**
**Colorado Springs, CO 80908**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$12,735.00**

---

**3.73** | Nonpriority creditor's name and mailing address
**Durango Credit and Collection**
**P.O. Box 479**
**Durango, CO 81302**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$201.94**

---

Debtor  **Heating & Plumbing Engineers, Inc.**
    Name                                          Case number *(if known)*   **19-16183**

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **E-470 Public HWY Auth**<br>**P O BOX 5470**<br>**Denver, CO 80217-5470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,216.79** |
|---|---|---|---|
| | **Eggelhoff Incorporated**<br>**PO BOX 4346, Dept 107**<br>**Houston, TX 77210-4346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,810.10** |
|---|---|---|---|
| | **El Paso County Treasurer**<br>**PO Box 2007**<br>**Colorado Springs, CO 80901-2007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,195.00** |
|---|---|---|---|
| | **Elite Balancing**<br>**511 Polaris Circle**<br>**Erie, CO 80516** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,320.00** |
|---|---|---|---|
| | **Employers Council Service**<br>**P.O. Box 539**<br>**Denver, CO 80201-0539** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,134.69** |
|---|---|---|---|
| | **Encore Electric, Inc.**<br>**7125 West Jefferson Avenue**<br>**Lakewood, CO 80235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,843.00** |
|---|---|---|---|
| | **Engineered Products, LLC**<br>**12860 West Cedar Drive**<br>**Unit 102**<br>**Lakewood, CO 80228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,079.59 |
|---|---|---|---|

**Enterprise FM Trust**
P.O. Box 800089
Kansas City, MO 64180-0089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105,610.00 |
|---|---|---|---|

**Evapco Inc.**
62140 COLLECTION CNTR DR
Chicago, IL 60693-0621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,312.80 |
|---|---|---|---|

**Evoqua Water Tech, LLC**
28563 Network Place
Chicago, IL 60673-1285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,109.99 |
|---|---|---|---|

**Eye Med**
P.O. Box 632530
Cincinnati, OH 45263-2530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $915.65 |
|---|---|---|---|

**Family Support Registry**
P.O. Box 2171
Denver, CO 80201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,106.16 |
|---|---|---|---|

**Fastenal Company**
P.O. Box 1286
Winona, MN 55987-0978

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.80 |
|---|---|---|---|

**Federal Express Corp.**
P.O. Box 94515
Palatine, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Heating & Plumbing Engineers, Inc.**      Case number (if known)    **19-16183**
Name

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$439,949.05** |
|---|---|---|---|
| | **Ferguson Enterprises** | ☐ Contingent | |
| | **Wolseley Industrial Group** | ☐ Unliquidated | |
| | **P.O. Box 802817** | ☐ Disputed | |
| | **Chicago, IL 60680-2817** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,344.33** |
|---|---|---|---|
| | **Ferguson Waterworks** | ☐ Contingent | |
| | **P.O. Box 802817** | ☐ Unliquidated | |
| | **Chicago, IL 60680-2817** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$621.36** |
|---|---|---|---|
| | **First Aid & Safety 2000** | ☐ Contingent | |
| | **16797 East 2nd Avenue** | ☐ Unliquidated | |
| | **Suite C-106** | ☐ Disputed | |
| | **Aurora, CO 80011** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,790.05** |
|---|---|---|---|
| | **First Choice Coffee Service** | ☐ Contingent | |
| | **1441 West Bayaud Avenue** | ☐ Unliquidated | |
| | **Unit 5** | ☐ Disputed | |
| | **Denver, CO 80223** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$201.00** |
|---|---|---|---|
| | **Fish Window** | ☐ Contingent | |
| | **P O BOX 24189** | ☐ Unliquidated | |
| | **Denver, CO 80224** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,018.58** |
|---|---|---|---|
| | **General Air Service and Supply** | ☐ Contingent | |
| | **1105 Zuni Street** | ☐ Unliquidated | |
| | **Denver, CO 80204-3338** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,498.27** |
|---|---|---|---|
| | **General Parts, LLC** | ☐ Contingent | |
| | **M1 10** | ☐ Unliquidated | |
| | **P.O. Box 9201** | ☐ Disputed | |
| | **Minneapolis, MN 55480-9201** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |
|---|---|---|---|
| | Name | | |

---

**3.95**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,774.75 |
|---|---|---|
| **George T. Sanders**<br>**P.O. Box 17488**<br>**ATTN: Sharon**<br>**Denver, CO 80217-0488** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.96**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $562.72 |
|---|---|---|
| **Glaser Gas, Inc.**<br>**215 Auburn Drive**<br>**Colorado Springs, CO 80909** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.97**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,956.41 |
|---|---|---|
| **Grainger, Inc.**<br>**P.O. Box 419267**<br>**Dept. 802897744**<br>**ATTN: Daronda Smith**<br>**Kansas City, MO 64141-6267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.98**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.31 |
|---|---|---|
| **Gray Bar Electric Company, Inc.**<br>**FILE 57072**<br>**Los Angeles, CA 90074-7072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.99**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $265.57 |
|---|---|---|
| **Greatland**<br>**P.O. Box 1157**<br>**Grand Rapids, MI 49501-1157** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,633.99 |
|---|---|---|
| **Greiner Electric**<br>**12456 Dumont Way**<br>**ATTN: Kris - AP**<br>**Littleton, CO 80125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.00 |
|---|---|---|
| **Grizzly Cutting and Coring**<br>**550 Lipan Street**<br>**Denver, CO 80204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |

Name

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,200.00** |
|---|---|---|---|

**Groninger Concrete and Landscape**
**3625 North Cascade Avenue**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$585.00** |
|---|---|---|---|

**Ground Penetrating Radar**
**7540 NEW WEST ROAD**
**Toledo, OH 43617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,450.00** |
|---|---|---|---|

**H 2 0 Industries, Inc.**
**P.O. Box 9068**
**Denver, CO 80209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,915.82** |
|---|---|---|---|

**H&E Equipment Services**
**P.O. Box 849850**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,520.00** |
|---|---|---|---|

**Harrington Industrial Plastics**
**14480 Yorba Avenue**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$938.69** |
|---|---|---|---|

**Healthquest Medical, Inc.**
**1495 Garden of the Gods**
**Suite 102**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62.50** |
|---|---|---|---|

**Henley's Key Service**
**117 East Boulder**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Heating & Plumbing Engineers, Inc.** | | Case number (if known) | **19-16183** |
|---|---|---|---|---|
| | Name | | | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134,985.59** |
|---|---|---|---|

**Hercules Industries, Inc.**
P.O. Box 911434
Denver, CO 80291-1434

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,258.26** |
|---|---|---|---|

**Heslift LLC**
P.O. Box 311
ATTN: Cara Thompson
Longmont, CO 80502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$473.00** |
|---|---|---|---|

**High Country Pest Control**
1625 Tuskegee Place
Suite 180
Colorado Springs, CO 80915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,914.61** |
|---|---|---|---|

**Hilti, Inc.**
P.O. Box 650756
Dallas, TX 75265-0756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,148.94** |
|---|---|---|---|

**Home Depot**
Department 32-2149452132
P.O. Box 9001030
Louisville, KY 40290-1030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Home Security Centers**
9940 E Costilla Avenue, Suite Z
Englewood, CO 80112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,205.71** |
|---|---|---|---|

**Horizon Power Systems, Inc.**
3440 Morningstar Drive
Farmington, NM 87401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |
|---|---|---|---|
| | Name | | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$461.46** |
|---|---|---|---|

**Horizon Reprographics**
**1030 West Ellsworth Avenue**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**IDC Associates, Inc.**
**5717 West 6th Avenue**
**Lakewood, CO 80214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,686.00** |
|---|---|---|---|

**IMA, Inc.**
**1705 17th Street**
**Suite 100**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Integrity Controls INC.**
**4301 S Federal Blvd, Suite 114**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,200.00** |
|---|---|---|---|

**Interactive Division**
**9641 South Sterling Drive**
**Littleton, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,559.79** |
|---|---|---|---|

**Jack Nadel International**
**8701 Bellanca Avenue**
**ATTN: Meshun Wright**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,254.18** |
|---|---|---|---|

**Jan-Pro Cleaning Systems**
**Lockbox #17648**
**P.O. Box 17648**
**Denver, CO 80217-0648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **Heating & Plumbing Engineers, Inc.**　　　　Case number (if known)　**19-16183**
　　　　Name

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|
| | **Jedi Balancing, Inc.**<br>**568 Briggs Street**<br>**P.O. Box 525**<br>**ATTN: Don or Keller**<br>**Erie, CO 80516** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,067.28 |
|---|---|---|---|
| | **Johnson Controls, Inc.**<br>**P.O. Box 730068**<br>**ATTN: Daniel Ashton**<br>**Dallas, TX 75373-0068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,541.26 |
|---|---|---|---|
| | **Johnstone Supply - CS**<br>**3720 East Pikes Peak Avenue**<br>**Colorado Springs, CO 80909** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,774.93 |
|---|---|---|---|
| | **Johnstone Supply - Denver**<br>**P.O. Box 40605**<br>**Denver, CO 80204-0605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,875.00 |
|---|---|---|---|
| | **JPG Engineering**<br>**P O BOX 810**<br>**Sedalia, CO 80135** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,243.00 |
|---|---|---|---|
| | **Kelly Eustace** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,535.35 |
|---|---|---|---|
| | **Killiam Gas Burner Co.**<br>**7127 South Alton Way**<br>**ATTN: Cindy**<br>**Centennial, CO 80112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Heating & Plumbing Engineers, Inc.** | | Case number (if known) | **19-16183** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,700.88** |
|---|---|---|---|
| | **Kolbi Pipe Marker Co.** | ☐ Contingent | |
| | **416 Campus Drive** | ☐ Unliquidated | |
| | **Arlington Heights, IL 60004** | ☐ Disputed | |
| | Date(s) debt was incurred ▯ | Basis for the claim: __ | |
| | Last 4 digits of account number ▯ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$395.06** |
|---|---|---|---|
| | **KVA Supply Company** | ☐ Contingent | |
| | **P.O. Box 31001-0465** | ☐ Unliquidated | |
| | **ATTN: Nancy** | ☐ Disputed | |
| | **Pasadena, CA 91110-0465** | | |
| | Date(s) debt was incurred ▯ | Basis for the claim: __ | |
| | Last 4 digits of account number ▯ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,849.57** |
|---|---|---|---|
| | **Lennox Industries, Inc.** | ☐ Contingent | |
| | **P.O. Box 910549** | ☐ Unliquidated | |
| | **ATTN: Rita** | ☐ Disputed | |
| | **Dallas, TX 75391-0549** | | |
| | Date(s) debt was incurred ▯ | Basis for the claim: __ | |
| | Last 4 digits of account number ▯ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,492.63** |
|---|---|---|---|
| | **Linc Energy Systems, Inc.** | ☐ Contingent | |
| | **12450 West Cedar Drive** | ☐ Unliquidated | |
| | **ATTN: Susan Bender** | ☐ Disputed | |
| | **Lakewood, CO 80228** | | |
| | Date(s) debt was incurred ▯ | Basis for the claim: __ | |
| | Last 4 digits of account number ▯ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$917,586.32** |
|---|---|---|---|
| | **Long Building Tech, Inc.** | ☐ Contingent | |
| | **P.O. Box 5501** | ☐ Unliquidated | |
| | **ATTN; Michelle** | ☐ Disputed | |
| | **Denver, CO 80217-5501** | | |
| | Date(s) debt was incurred ▯ | Basis for the claim: __ | |
| | Last 4 digits of account number ▯ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66.56** |
|---|---|---|---|
| | **Lowes HIW Inc.** | ☐ Contingent | |
| | **PO BOX 530954** | ☐ Unliquidated | |
| | **Atlanta, GA 30353-0954** | ☐ Disputed | |
| | Date(s) debt was incurred ▯ | Basis for the claim: __ | |
| | Last 4 digits of account number ▯ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,045.29** |
|---|---|---|---|
| | **MacArthur Company** | ☐ Contingent | |
| | **NW 6276** | ☐ Unliquidated | |
| | **P.O. Box 1450** | ☐ Disputed | |
| | **Minneapolis, MN 55485** | | |
| | Date(s) debt was incurred ▯ | Basis for the claim: __ | |
| | Last 4 digits of account number ▯ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number *(if known)* | **19-16183** |
|---|---|---|---|
| | Name | | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.22 |
|---|---|---|---|

**Mallory Safety and Supply**
1040 Industrial Way
P.O. Box 2068
Longview, WA 98632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $904.89 |
|---|---|---|---|

**Manager of Finance**
Treasury Division
PO BOX 17420
Denver, CO 80217-0420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,703.72 |
|---|---|---|---|

**Marking Services, Inc.**
8265 North Faulkner Road
ATTN: Kristine
Milwaukee, WI 53224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,340.42 |
|---|---|---|---|

**McCoy Sales, LLC**
P.O. Box 271248
Louisville, CO 80027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.30 |
|---|---|---|---|

**McMaster - Carr Supply Co**
P.O. BOX 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,749.00 |
|---|---|---|---|

**MCMD, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,100.00 |
|---|---|---|---|

**McShea Consulting, LLC**
4445 Northpark Drive
Suite 200
ATTN: Michael McShea
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |
|---|---|---|---|
| | Name | | |

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,487.65**

**Metalwest, LLC**
P.O. Box 30039
Omaha, NE 68103-1139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$720.44**

**Midtown Occupational**
2490 West 26th Avenue
Suite 300A
Denver, CO 80211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,431.50**

**MKK Consulting Engineers**
7600 East Orchard Road
Suite 250 South
ATTN: Kathy Campbell
Greenwood Village, CO 80111-2518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,067.62**

**Mobile Mini, Inc.**
P.O. Box 7144
Pasadena, CA 91109-7144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$154.41**

**Motion and Flow Control**
8433 Solution Center
ATTN: Lou Guidichessi
Chicago, IL 60677-8004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,746.80**

**Mountain States Engineering & Co.**
1520 Iris Street
Lakewood, CO 80215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$186.00**

**Mountain States Pipe & Supply**
7765 Electronic Drive
ATTN: Gary Ferguson
Colorado Springs, CO 80922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **Heating & Plumbing Engineers, Inc.**

Case number (if known) **19-16183**

Name

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,344.00 |
|---|---|---|---|

**MTS Mobile Staffing Service**
P.O. Box 20
Aspen, CO 81612-0200

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,681.70 |
|---|---|---|---|

**Nelson Insulation Company**
550 Telser Road
Lake Zurich, IL 60047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,056.50 |
|---|---|---|---|

**Nevada Tap Master Inc.**
1647 Willow Pass Road  Suite 131
Concord, CA 94520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,239.45 |
|---|---|---|---|

**New Pig Corporation**
One Pork Avenue
Tipton, PA 16684

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,042.00 |
|---|---|---|---|

**North Star, Inc.**
451 East 58th Avenue
Suite 4263
Denver, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**NYS Child Support Processing**
P.O. Box 15363
Albany, NY 12202-5363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,452.61 |
|---|---|---|---|

**Nystrom, Inc.**
NW 7845
P.O. Box 1450
Minneapolis, MN 55485-7845

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |
|---|---|---|---|
| | Name | | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.85 |
|---|---|---|---|

**Office Depot**
P.O. Box 88040
Chicago, IL 60680-1040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.06 |
|---|---|---|---|

**OReilly Auto Parts**
PO BOX 9464
Springfield, MO 65801-9464

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Palmer Lake Parks and Recreation**
42 Valley Cresent
Palmer Lake, CO 80133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,930.16 |
|---|---|---|---|

**PC Connection Sales Corp.**
P O BOX 536472
Pittsburgh, PA 15253-5906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,481.25 |
|---|---|---|---|

**Penhall Company**
P.O. Box 842911
Los Angeles, CA 90084-2911

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Pikes Peak United Way**
518 North Nevada Avenue
Colorado Springs, CO 80903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Pinnacle Infotech, Inc.**
6161 Savoy Drive
Suite 1125
Houston, TX 77036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |
|---|---|---|---|
| | Name | | |

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,798.16** |
|---|---|---|---|

**Pioneer Sand  Co., Inc.**
**P O BOX 912866**
**Denver, CO 80291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Pipeline Suite**
**3723 Birch Street**
**Suite 24**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$672.54** |
|---|---|---|---|

**Pitney Bowes/ Global**
**PO BOX 371887**
**Pittsburgh, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$460.00** |
|---|---|---|---|

**Plant Engineering**
**320 West Fillmore**
**Suite 100**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,952.36** |
|---|---|---|---|

**Pope Mechanical Insulation**
**12133 West Tufts Avenue**
**Morrison, CO 80465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$155.46** |
|---|---|---|---|

**Pueblo Bearing**
**420 North Elizabeth Street**
**Pueblo, CO 81003-2330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$461.63** |
|---|---|---|---|

**Purchase Power**
**P.O. BOX 371874**
**Pittsburgh, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ◼ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Heating & Plumbing Engineers, Inc.**                    Case number (if known)  **19-16183**
      Name

---

**3.172**

Nonpriority creditor's name and mailing address
PVC Specialties Co.
6810 South Jordan Road
Centennial, CO 80112

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$15,439.32

---

**3.173**

Nonpriority creditor's name and mailing address
QED - Denver
1661 W 3rd Avenue
Denver, CO 80223

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$35.18

---

**3.174**

Nonpriority creditor's name and mailing address
R. Dean Steward
12735 Brindle Bit Rd.
Colorado Springs, CO 80908

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplemental Executive Retirement Plan

Is the claim subject to offset? ☐ No  ☐ Yes

$62,500.00

---

**3.175**

Nonpriority creditor's name and mailing address
Rampart Supply, Inc.
P.O. Box 1089
ATTN: Kathy
Colorado Springs, CO 80901-1089

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

$304,011.03

---

**3.176**

Nonpriority creditor's name and mailing address
Refrigerants, ,Inc.
2575 West Barberry Place
Denver, CO 80204

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

$1,248.50

---

**3.177**

Nonpriority creditor's name and mailing address
Refrigeration Supplies
26021 Atlantic Ocean Drive
Lake Forest, CA 92630

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,007.21

---

**3.178**

Nonpriority creditor's name and mailing address
Reliance Metal Center
P.O. Box 56145
Denver, CO 80256

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$166.55

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Heating & Plumbing Engineers, Inc.**                      Case number (if known)   **19-16183**
_____
Name

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,752.70** |
|---|---|---|---|
| | **Reliant Energy Systems**<br>**10230 South Progress Way**<br>**Parker, CO 80134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,526.99** |
|---|---|---|---|
| | **Remco Equipment Co**<br>**2210 Bott Avenue**<br>**Colorado Springs, CO 80904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,898.63** |
|---|---|---|---|
| | **RMS Cranes, LLC**<br>**P.O. Box 912855**<br>**ATTN: Craig**<br>**Denver, CO 80291-2855** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$742.40** |
|---|---|---|---|
| | **Rolinc Staffing**<br>**333 West Hampden Avenue**<br>**Suite 545**<br>**Englewood, CO 80110-2336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,170.00** |
|---|---|---|---|
| | **Roto Rooter/Chicago**<br>**5672 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$230.00** |
|---|---|---|---|
| | **Rubicon Global, LLC**<br>**950 East Paces Ferry Road**<br>**Suite 900**<br>**Atlanta, GA 30326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,277.19** |
|---|---|---|---|
| | **Ryan Herco**<br>**P.O. Box 842318**<br>**ATTN: Steve Gibson**<br>**Boston, MA 02284-2318** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Heating & Plumbing Engineers, Inc.** | | Case number (if known) | **19-16183** |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,063.92** |
| | **Scanair Filters Inc.** | ☐ Contingent | |
| | **10250 W 44th Avenue** | ☐ Unliquidated | |
| | **Wheat Ridge, CO 80033** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,545.74** |
| | **Sedlak Electric Co.** | ☐ Contingent | |
| | **833 East Platte Avenue** | ☐ Unliquidated | |
| | **Suite 1** | ☐ Disputed | |
| | **Colorado Springs, CO 80903-3577** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,744.40** |
| | **Service Uniform Rental** | ☐ Contingent | |
| | **2580 South Raritan Street** | ☐ Unliquidated | |
| | **Englewood, CO 80110** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$236,060.50** |
| | **Setpoint Systems** | ☐ Contingent | |
| | **8167 Southpark Circle** | ☐ Unliquidated | |
| | **ATTN: David Yost** | ☐ Disputed | |
| | **Littleton, CO 80120** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,738.00** |
| | **Shapiro Bieging Barber O** | ☐ Contingent | |
| | **7979 East Tufts Avenue, Suite 1600** | ☐ Unliquidated | |
| | **Denver, CO 80237** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,700.38** |
| | **Sheetmetal Works - Local 0** | ☐ Contingent | |
| | **7510 W Mississippi Avenue, Suite 200** | ☐ Unliquidated | |
| | **Denver, CO 80226-4569** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,112.61** |
| | **Sid Harvey** | ☐ Contingent | |
| | **605 Locust Street** | ☐ Unliquidated | |
| | **ATTN: Fran** | ☐ Disputed | |
| | **Garden City, NY 11530** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **Heating & Plumbing Engineers, Inc.**                     Case number (if known)   **19-16183**
_____
Name

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,392.52 |
|---|---|---|---|

**Siemens Industry, Inc.**
**c/o Citibank**
**P.O. Box 2134**
**ATTN; Jeannette M.**
**Carol Stream, IL 60132-2134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,206.29 |
|---|---|---|---|

**South Denver Windustrial**
**3200 South Zuni Street**
**Suite B**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sparks Willson Borges**
**24 South Weber Street**
**Suite 400**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.11 |
|---|---|---|---|

**Springs Fastener**
**3333 N El Paso Street, Suite C**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,550.00 |
|---|---|---|---|

**SSA P.C.**
**3355 American Drive**
**Colorado Springs, CO 80917-5707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |
|---|---|---|---|

**Stephanie L. Brewer**
**18 East Williamette Avenue**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,039.72 |
|---|---|---|---|

**Stratus Building Solutions**
**4360 Montebello Drive**
**Suite 800**
**Colorado Springs, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |
|---|---|---|---|
| | Name | | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,980.49 |
|---|---|---|---|

**Sunbelt Rentals**
P.O. Box 409211
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,189.80 |
|---|---|---|---|

**SYS -Kool**
11313 S 146th Street
Omaha, NE 68138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,813.57 |
|---|---|---|---|

**T-M Service Company**
789 Park Street
Castle Rock, CO 80109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,210.00 |
|---|---|---|---|

**T-Square, LLC**
10168 270th Avenue
Strathcona, MN 56759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,300.00 |
|---|---|---|---|

**Temperature Control Systems**
455 South Lipan Street
Denver, CO 80223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,993.90 |
|---|---|---|---|

**Tomarco Contractor Specialist**
14848 Northam Street
La Mirada, CA 90638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,787.91 |
|---|---|---|---|

**Tool & Anchor Supply**
1962 West 12th Avenue
Denver, CO 80204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Heating & Plumbing Engineers, Inc.**
Name

Case number (if known)   **19-16183**

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,506.43 |
|---|---|---|---|

**Total Office Solutions**
**931 South Tejon Street**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $65,601.20 |
|---|---|---|---|

**Trane Company**
**P.O. Box 98167**
**ATTN: Frieda**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.36 |
|---|---|---|---|

**Transit Mix Concrete**
**P.O. Box 1030**
**Colorado Springs, CO 80901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $389.00 |
|---|---|---|---|

**Travelers**
**P.O. Box 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $406.50 |
|---|---|---|---|

**Trimble Navigation Limit**
**P.O. Box 203558**
**Dallas, TX 75320-3558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,833.57 |
|---|---|---|---|

**United Refrigeration, Inc.**
**P.O. Box 677036**
**ATTN: Joann**
**Dallas, TX 75267-7036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $93,109.87 |
|---|---|---|---|

**United Rentals**
**P.O. Box 840514**
**Dallas, TX 75284-0514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Heating & Plumbing Engineers, Inc.**                     Case number (if known)   **19-16183**
_____
Name

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,430.00 |
|---|---|---|---|

**United Test and Balance**
**8525 South Newcombe Court**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.00 |
|---|---|---|---|

**VCard**

**Comdata**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,003.35 |
|---|---|---|---|

**Verizon Wireless**
**P.O. Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,628.48 |
|---|---|---|---|

**Viewpoint Construction SO**
**P O BOX 205100**
**Dallas, TX 75320-5100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wagner Equipment**
**1800 Smith Road**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,914.11 |
|---|---|---|---|

**Waste Management**
**P.O. Box 78251**
**Phoenix, AZ 85062-8251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,366.89 |
|---|---|---|---|

**Water Technology Group**
**P.O. Box 411832**
**Kansas City, MO 64141-1832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |
|---|---|---|---|
| | Name | | |

---

**3.221** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$279.29**

**Watrdude Consulting**
**15750 Reasoner Drive**
**Brighton, CO 80603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$932.70**

**Weathercraft Co. of Colorado Springs**
**P.O. Box 16039**
**Colorado Springs, CO 80935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**Welding & Joining Mgt. Gr.**
**3756 Monarch Street**
**Frederick, CO 80516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$216.41**

**Western Hardscape Supply**
**5065 A Geiger Blvd.**
**ATTN: Dena**
**Colorado Springs, CO 80915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$165.85**

**Western Steel, Inc.**
**P.O. Box 15968**
**ATTN: Ben/Debbie**
**Colorado Springs, CO 80935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,919.07**

**Westover Corporation**
**6580 North Federal**
**Denver, CO 80221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,647.10**

**Whisler Bearing Co.**
**P.O. Box 7623**
**Colorado Springs, CO 80933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |
|---|---|---|---|
| | Name | | |

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,985.35** |
|---|---|---|---|
| | **White Cap**<br>**P.O. Box 6040**<br>**Cypress, CA 90630-0040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,079.28** |
|---|---|---|---|
| | **Wholesale Specialties**<br>**4800 East 48th Avenue**<br>**Denver, CO 80216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$344,150.20** |
|---|---|---|---|
| | **Windustrial - Colorado Springs**<br>**3200 North Nevada Avenue**<br>**ATTN; Heath**<br>**Colorado Springs, CO 80907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,746.17** |
|---|---|---|---|
| | **Winslow Crane Service**<br>**P.O. Box 671582**<br>**ATTN: Kristin**<br>**Dallas, TX 75267-1582** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$380.92** |
|---|---|---|---|
| | **Winsupply of Cannon City**<br>**59 County Road 143**<br>**Canon City, CO 81212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$921.58** |
|---|---|---|---|
| | **XCel Energy**<br>**P.O. Box 9479**<br>**Minneapolis, MN 55484** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500,000.00** |
|---|---|---|---|
| | **ZB, N.A. d/b/a Vectra Bank**<br>**1700 Pearl St.**<br>**Boulder, CO 80302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Bridge Loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |
|---|---|---|---|
| | Name | | |

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,386.40 |
|---|---|---|---|

**Zions Credit Corp.**
P.O. Box 26536
Salt Lake City, UT 84126-0536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,275.29 |
|---|---|---|---|

**Zircon Container Company**
P.O. Box 2675
ATTN: Gymala
Durango, CO 81302-2675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Office of the Attorney General**<br>**State of Colorado**<br>**1300 Broadway**<br>**Denver, CO 80203** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **R. Dean Steward**<br>**c/o Bruce M. Wright**<br>**Plaza of the Rockies, Suite 202**<br>**111 S. Tejon**<br>**Colorado Springs, CO 80903** | Line **3.174**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Sheet Metal Workers'**<br>**National Pension Fund**<br>**c/o Sam Goldstein**<br>**8403 Arlington Blvd, Suite 300**<br>**Fairfax, VA 22031-4601** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Heating & Plumbing Engineers, Inc.** | Case number (if known) | **19-16183** |
| --- | --- | --- | --- |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.7 | **SMART Local No. 9 Benefit Funds** **c/o Jeffrey Swyers** **Slevin & Hart P.C.** **1625 Massachusetts Avenue, NW. STE 450** **Washington, DC 20036** | Line  **2.3** ☐  Not listed. Explain ____ | _ |
| 4.8 | **State of Colorado** **Division of Securities** **1560 Broadway, Suite 900** **Denver, CO 80202-5150** | Line  **2.1** ☐  Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $    2,867,949.65 |
| **5b. Total claims from Part 2** | 5b.  + | $    7,229,696.16 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $    10,097,645.81 |